THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* LOUIS CHAPMAN, Appellant.

*Crimes — murder in second degree — judgment of conviction affirmed.*

*People* v. *Chapman*, 216 App. Div. 799, affirmed.

(Argued October 4, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 23, 1926, which affirmed a judgment of the Bronx County Court rendered upon a verdict convicting the defendant of the crime of murder in the second degree.

*Otho S. Bowling* and *Robert H. Elder* for appellant.

*John E. McGeehan*, District Attorney (*Herman J. Fliederblum, George B. De Luca* and *I. J. P. Adlerman* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.